DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KONRAD LANDAUER,**
Appellant,

v.

**JACARANDA COUNTRY CLUB HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D2024-1931

[May 21, 2026]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Meg Feld, Judge; L.T. Case No. 062018CC009787AXXXWE.

James Steward Lewis, Jr. and Melanie Anitra Malave, Fort Lauderdale, for appellant.

Paul Kim of Glazer & Sachs, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***